THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. GANCI, Appellant.—

Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.